Case 1:24-cr-20051-JEM Document 2 Entered on FLSD Docket

FILED BY\_\_\_\_AW\_\_\_\_D.C.
Jan 19, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-mj-02132-Becerra

IN RE SEALED COMPLAINT
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Complaint, the Affidavit in Support of a Criminal Complaint, the Arrest Warrant, the Bond Recommendation, this Motion, and any resulting Order be SEALED until further order of the Court.

The United States Attorney's Office and law enforcement personnel may obtain copies of the Complaint, the Affidavit in Support of a Criminal Complaint, the Arrest Warrant, the Bond Recommendation, this Motion, and any resulting Order for purposes of executing the Arrest Warrant, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Arrest Warrant become public.

The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Jonathan Bailyn
Jonathan R. Bailyn, AUSA
Court ID No. A5502602
500 South Australian Ave, 4th Floor
West Palm Beach, Florida 33401
Phone: (561) 209-1050
jonathan.bailyn@usdoj.gov