UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __24-mj-02132-Becerra__

IN RE SEALED COMPLAINT
_____/

### SEALING ORDER

THIS CAUSE is before the Court on the Motion to Seal. Being fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED and the following be SEALED, with the exception of copies provided to law enforcement personnel:

1. Motion to Seal;

2. Affidavit and Complaint;

3. Arrest Warrant;

4. Bond Recommendation; and

6. This Order.

**DONE AND ORDERED** at Miami, Florida, this __19th__ day of January, 2024.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jonathan Bailyn