| Production ID | File Name |
|---|---|
| USA_AD_000001 | 002 comcast\002 comcast.pdf |
| USA_AD_000002 | 002 comcast\Final Cert LCR856075.pdf |
| USA_AD_000003 | 002 comcast\Final Response LCR856075.docx |
| USA_AD_000004 | 005 comcast\005 comcast.pdf |
| USA_AD_000005 | 005 comcast\Final Copy of Request-Cert.pdf |
| USA_AD_000006 | 005 comcast\Final Response.docx |
| USA_AD_000007 | 006 att\Documents (1).zip |
| USA_AD_000008 | 006 att\GLDC FILE CODE_ 3850719 MIR (Encrypted) - AT&T SecureMail powered by Voltage Security.pdf |
| USA_AD_000009 | 103 navy fcu\Davis Response.pdf |
| USA_AD_000010 | 159 sunny isles\159 01.pdf |
| USA_AD_000011 | 159 sunny isles\159 02.pdf |
| USA_AD_000012 | 159 sunny isles\159 03.pdf |
| USA_AD_000013 | 159 sunny isles\159 04.pdf |
| USA_AD_000014 | 165 harbour\PH-6 Acces Devices Report .pdf |
| USA_AD_000015 | 165 harbour\b0e7db0f-ad6b-4717-bb97-8a28f1275c18_v2.pdf |
| USA_AD_000016 | 165 harbour\Chrsitine Tran Lease Application.pdf |
| USA_AD_000017 | 165 harbour\Orientation Forms.pdf |
| USA_AD_000018 | 165 harbour\PH-6 SD.pdf |
| USA_AD_000019 | 165 harbour\SOUTH- Lease Approval Letter.pdf |
| USA_AD_000020 | 165 harbour\Vehicle Registration.pdf |
| USA_AD_000021 | 165 harbour\w2document-2020christinetran.pdf |
| USA_AD_000022 | 165 harbour\w2document-2021christinetran.pdf |
| USA_AD_000023 | 189 google\Letter 50934560.pdf |
| USA_AD_000024 | 189 google\mycynthia442@gmail.com.669112272829.GoogleAccount.SubscriberInfo_001.pdf |
| USA_AD_000025 | 191 att\ATT_Records_Key.pdf |
| USA_AD_000026 | 191 att\Declaration_3841539.pdf |
| USA_AD_000027 | 191 att\ReportAU_3841539.pdf |
| USA_AD_000028 | 191 att\ReportCAPM_3841539.pdf |
| USA_AD_000029 | 191 att\ReportCRICKET_3841539.pdf |
| USA_AD_000030 | 191 att\ReportIMEI_3841539.pdf |

| | |
|---|---|
| USA_AD_000031 | 191 att\ReportIMSI_3841539.pdf |
| USA_AD_000032 | 191 att\ReportLandline_3841539.pdf |
| USA_AD_000033 | 208 breezeline\208 subsentio.pdf |
| USA_AD_000034 | 208 breezeline\Declaration of Authenticity.pdf |
| USA_AD_000035 | 208 breezeline\RP-21979 Subscriber Information_FINAL.pdf |
| USA_AD_000036 | 208 breezeline\RP-21979 Records Release Cover Letter_FINAL.pdf |
| USA_AD_000037 | davis birth certificate.pdf |
| USA_AD_000038 | Davis, Alfred NCIC (positive) 20220429.docx |