| Production ID | File Name |
|---|---|
| USA_AD_000039 | 002 comcast\Final Cert LCR856075.pdf |
| USA_AD_000040 | 002 comcast\Final Response LCR856075.docx |
| USA_AD_000041 | 005 comcast\Final Copy of Request-Cert.pdf |
| USA_AD_000042 | 005 comcast\Final Response.docx |
| USA_AD_000043 | 006 att\GLDC FILE CODE_ 3850719 MIR (Encrypted) - AT&T SecureMail powered by Voltage Security.pdf |
| USA_AD_000044 | 187 td bank\Ck.pdf |
| USA_AD_000045 | 187 td bank\Cover+Letter.pdf |
| USA_AD_000046 | 187 td bank\Dep.pdf |
| USA_AD_000047 | 187 td bank\Docs+Req.pdf |
| USA_AD_000048 | 187 td bank\IP.pdf |
| USA_AD_000049 | 187 td bank\Records+Cert.pdf |
| USA_AD_000050 | 187 td bank\Sig+Card.pdf |
| USA_AD_000051 | 187 td bank\Stmt.pdf |