UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20051-JEM

UNITED STATES OF AMERICA

vs.

ALFRED LENORIS DAVIS,

    Defendant,
_____/

## GOVERNMENT'S THIRD RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America hereby files this third response to the Standing Discovery Order. This discovery production was provided by USAfx on May 1, 2024, at the following link:

https://usafx.box.com/s/8ijcwphk0bhwomt2lpa4f88el1f1wwls

A list of all documents included in the production are attached to this filing as an appendix.

The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Please contact the undersigned Assistant United States Attorney if any portions of the production are missing.

                                        Respectfully submitted,

                                        MARKENZY LAPOINTE
                                        UNITED STATES ATTORNEY

                      By:    Jonathan Bailyn
                            Assistant United States Attorney
                            Court ID No. A5502602
                            500 South Australian Ave., #400
                            West Palm Beach, Florida 33401

Phone: (561) 209-1050
jonathan.bailyn@usdoj.gov

2