| Production ID | File Name |
|---|---|
| USA_AD_000039 | 159 sunny isles supplement\sunny isles certificate.pdf |
| USA_AD_000040 | 159 sunny isles supplement\unit 903 1.pdf |
| USA_AD_000041 | 159 sunny isles supplement\unit 903 2.pdf |
| USA_AD_000042 | 159 sunny isles supplement\unit 903 3.pdf |
| USA_AD_000043 | dmv and personal records\Alfred_Davis_Certified_Vehicle_Record_QIYW74.pdf |
| USA_AD_000044 | dmv and personal records\Aaron__James__Lookhoff_Certified_DMV_Record.pdf |
| USA_AD_000045 | dmv and personal records\Alfred_Davis_Certified_Birth_Certificate.pdf |
| USA_AD_000046 | dmv and personal records\Alfred Davis Certified DMV Record (4 PDFs)\Alfred Davis Certified DMV Record (1 of 4).pdf |
| USA_AD_000047 | dmv and personal records\Alfred Davis Certified DMV Record (4 PDFs)\Alfred Davis Certified DMV Record (2 of 4).pdf |
| USA_AD_000048 | dmv and personal records\Alfred Davis Certified DMV Record (4 PDFs)\Alfred Davis Certified DMV Record (3 of 4).pdf |
| USA_AD_000049 | dmv and personal records\Alfred Davis Certified DMV Record (4 PDFs)\Alfred Davis Certified DMV Record (4 of 4).pdf |
| USA_AD_000050 | dmv and personal records\Alfred_Davis_Certified_Vehicle_Record_QIYW74_Stamped.pdf |
| USA_AD_000051 | 4cr60024 certified conviction only.pdf |