UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20051-JEM

UNITED STATES OF AMERICA,

v.

ALFRED DAVIS,

    Defendant.
_____/

### UNITED STATES OF AMERICA'S NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this notice of intent to admit evidence through Federal Rules of Evidence ("FRE") 902(11) and 803(6), and states the following in support thereof:

Pursuant to Federal Rule of Evidence 902, the following are "self-authenticating," that is, "they require no extrinsic evidence of authenticity in order to be admitted":

> ***Certified Domestic Records of a Regularly Conducted Activity.*** The original or a copy of a domestic record that meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person that complies with a federal statute or a rule prescribed by the Supreme Court. Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record — and must make the record and certification available for inspection — so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).  Pursuant to Federal Rule of Evidence 803, "the following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness:"

> ***Records of a Regularly Conducted Activity.***  A record of an act, event, condition, opinion, or diagnosis if: (A) the record was made

at or near the time by—or from information transmitted by—someone with knowledge; (B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit; (C) making the record was a regular practice of that activity; (D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification.

Fed. R. Evid. 803(6).

As required by the Federal Rules, the certification has been produced to the Defendant at USA_AD_000009, and the corresponding business records have been produced as follows:

| Production ID | File Name |
| --- | --- |
| USA_AD_00009 | 103 navy fcu\Davis Response.pdf |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  <u>Jonathan Bailyn</u>
Jonathan R. Bailyn, AUSA
Court ID No. A5502602
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 209-1050
jonathan.bailyn@usdoj.gov