# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. This certification concerns the regularly conducted business activity of the business named below.

2. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of the regularly conducted business activity which are the subject of this certification.

3. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification accompany or are attached to this certification.

4. The records are originals or duplicate copies of domestic (United States) business records;

5. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

6. The records were kept in the course of a regularly conducted business activity; and

7. The records were made by the business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

*Katherine Drinkuth*
Signature

Katherine Drinkuth
Printed Name

Subpoena Specialist
Title

Navy Federal Credit Union
Company Name

820 Follin LN SE Vienna, VA 22180
Business Address

11/16/2023
Date of Declaration/Execution

## APPENDIX A

## DOCUMENT INVENTORY

The documents submitted are as follows: Financial Records

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signature of Records Custodian:

*Katherine Drinkuth*
_____