21

# 17th JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY

DIVISION: CRIMINAL

DIVISION: FK

## JUDGMENT

THE STATE OF FLORIDA VS.

DEFENDANT: Alfred Davis

☐ Probation Violator

CASE NUMBER: 10-17741 CF

State Attorney: A. Guttman

Court Reporter: V. Lima

The Defendant, Alfred Davis, being personally before this Court represented by K. Mathis, his attorney of record, and having:

CFN # 110334385
OR BK 48253 Pages 682 - 683
RECORDED 10/20/11 09:32:33 AM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3370
#21, 2 Pages

(Check applicable provision)
☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Grand Theft | 812.014(1)(b) 812.014(1)(l) 812.014(2)(c)1 | 3F | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay the sum of Fifty dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4). Fines imposed as part of a sentence pursuant to F.S. 777.083 are to be recorded on the Sentence page(s).

(Check if applicable)
Stayed & Withheld Imposition of Sentence (☒) The court hereby stays and withholds the imposition of sentence as to count(s) and places the Defendant on probation for a period of 18 mm(s) under the supervision of the Department of Corrections (conditions of probation set forth in a separate order)

Sentence Deferred Until Later Date ( ) The court hereby defers imposition of sentence until _____ (Date)

(☒) Pay $225.00 Trust Fund pursuant to F.S. 938.05 (1) (b) (c)

Count(s) _____ : _____ DAYS/MONTHS BROWARD COUNTY JAIL W/CREDIT _____ DAYS TIME SERVED.

The Defendant in open court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

JUDGE

I hereby certify that a true and correct copy of the above and foregoing was served on the State Attorney by: ( ) hand delivery ( ) U.S. mail and to the Defense Attorney by: ( ) hand delivery ( ) U.S. mail this _____ day of _____ 20___.

Deputy Clerk

ICC 112-65 JUDGMENT

GOVERNMENT EXHIBIT
24-CR-20051-JEM
15

| DIVISION: | [ ] ADJUDICATION WITHHELD | CASE NUMBER |
|---|---|---|
| CRIMINAL | [✓] ADJUDICATED GUILTY | 10-7741B CF 10 |

# FINGERPRINTS OF DEFENDANT

DAVIS, ALFRED

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

Fingerprints taken by:

__VARGAS, J  13269_____ Court Deputy

Name & Title

DONE AND ORDERED in Open Court at Broward County, Florida this ____ day of _____
I HEREBY CERTIFY that the above and foregoing fingerprints are of the Defendant

__Alfred Davis_____, and that they were placed thereon by said defendant in my presence

in Open court this date.

_____
JUDGE

ICC 112-57 FINGERPRINTS OF DEFENDANT

2

**STATE OF FLORIDA**
Plaintiff

-VS-

Davis, Alfred
Defendant

IN THE **SEVENTEENTH** JUDICIAL
CIRCUIT COURT, IN AND FOR
**BROWARD** COUNTY

CASE NUMBER 10-7741CF10B

DC NUMBER _____

☐ **ORDER OF PROBATION** ☐ **DRUG OFFENDER PROBATION** ☒ **COMMUNITY CONTROL**
☐ **COMMUNITY CONTROL/PROBATION** ☐ **COMMUNITY CONTROL/DRUG OFFENDER PROBATION**
☐ **DRUG OFFENDER PROBATION/PROBATION** ☐ **SEX OFFENDER PROBATION**
☐ **COMMUNITY CONTROL/SEX OFFENDER PROBATION**

This cause coming before the Court to be heard, and you, the defendant, being now present before the court, and you having

☐ entered a plea of guilty to ☐ been found guilty by jury verdict of
☐ entered a plea of nolo contendere to ☐ been found guilty by the court trying the case without a jury of

Count I  Grand Theft in the 1st Degree   Count ___
Count ___                                 Count ___
Count ___                                 Count ___
Count ___                                 Count ___

*[Stamp: RECEIVED 2011 OCT -7 PM 2:10 CLERK, CIRCUIT COURT BROWARD COUNTY, FL] [FELONY]*

**SECTION 1: JUDGMENT OF GUILT**

☒ The court hereby adjudges you to be guilty of the above offense(s).

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you be placed on ☐ Probation, ☒ Community Control ☐ Drug Offender Probation ☐ Sex Offender Probation for a period of two years followed by 8 years probation under the supervision of the Department of Corrections, subject to Florida law.

**SECTION 2: ORDER WITHHOLDING ADJUDICATION**

☐ Now, therefore, it is ordered and adjudged that the adjudication of guilt is hereby withheld and that you be placed on ☐ Probation ☐ Community Control ☐ Drug Offender Probation ☐ Sex Offender Probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.

**SECTION 3: INCARCERATION DURING PORTION OF SUPERVISION SENTENCE**

It is hereby ordered and adjudged that you be:

☐ committed to the Department of Corrections
or
☐ confined in the County Jail
for a term of _____ with credit for _____ jail time. After you have served _____ of the term, you shall be placed on ☐ Probation ☐ Community Control ☐ Drug Offender Probation ☐ Sex Offender Probation for a period of _____ under the supervision of the Department of Corrections, subject to Florida law.
or
☐ confined in the County Jail
for a term of _____ with credit for _____ jail time, as a special condition of supervision.

Page 1 of 7

Distribution:   White – Clerk's Office   Yellow – Probation   Pink – Defendant

3

4