# L17000156742

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP ☐ WAIT ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

**Special Instructions to Filing Officer:**

\* per Alfred the signatures on Registered Agent & Member is his legal signature

7/2/17

Office Use Only



**300301113523**

07/12/17--01017--016  **150.00



17 JUL 21 AM 2:51

# COVER LETTER

**TO:** New Filing Section
Division of Corporations

**SUBJECT:** Blackfire Transport LLC
_____
Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Davis, Alfred
_____
Name of Person

Blackfire Transport LLC
_____
Firm/Company

9251 Gates Rd
_____
Address

Suffolk, VA 23437
_____
City/State and Zip Code

davis.c.alfred@blackfiretransport.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Alfred Davis         at ( 714 )  260-2665
_____
Name of Person      Area Code   Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee   ☑ $130.00 Filing Fee & Certificate of Status   ☐ $155.00 Filing Fee & Certified Copy (additional copy is enclosed)   ☐ $160.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**Mailing Address**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
New Filing Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301



FLORIDA DEPARTMENT OF STATE
Division of Corporations

July 13, 2017

ALFRED DAVIS
9251 GATES ROAD
SUFFOLK, VA  23437

SUBJECT: BLACKFIRE TRANSPORT LLC
Ref. Number: W17000057953

We have received your document for BLACKFIRE TRANSPORT LLC and your check(s) totaling $130.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

List the First Name/Last Name for the Registered Agent and Manager. The signatures on the SIGNATURE LINES must be your legal name.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

Neysa Culligan
Regulatory Specialist II                    Letter Number: 217A00014186

ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

Blackfire Transport LLC

(Must contain the words "Limited Liability Company," "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

| **Principal Office Address:** | **Mailing Address:** |
|---|---|
| 9251 Gates Rd | 9251 Gates Rd |
| Suffolk, VA 23437 | Suffolk, VA 23437 |

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

Davis, Alfred
Name

524 Roberts St
Florida street address (P.O. Box **NOT** acceptable)

| Melbourne | FL | 32901 |
|---|---|---|
| City | State | Zip |

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

*[signature]* 11 JUL 2017
Registered Agent's Signature (REQUIRED)

(CONTINUED)

**ARTICLE IV-**
The name and address of each person authorized to manage and control the Limited Liability Company:

| Title: | Name and Address: |
|---|---|
| "AMBR" = Authorized Member | |
| "MGR" = Manager | |
| MGR | Davis, Alfred |

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____. (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)**
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.
None at this time.

**REQUIRED SIGNATURE:**

_Davis, A.C._        _11 Jul 2017_
Signature of a member or an authorized representative of a member
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_Davis, A.C._        DAVIS, A.C.
Typed or printed name of signee

**Filing Fees:**
$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)
$  5.00 Certificate of Status (Optional)