Mail body:

---

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER

FILED BY _____ D.C.

DEC 17 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

ALFRED LENORIS DAVIS
Davis.   Defendant(s).

CASE NUMBER:

**24-cr-20051-JEM**

**STATEMENT OF CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate
Judges Program Only)

**THIS IS A NOTICE TO THE FEDERAL COURTS THAT MAURICE SYMONETTE AND
MACK WELLS DOES NOT CONSENT TO THE MAGISTRATE JUDGE 28 USC 636 (C) (1)**

In accordance with General Order 12-02 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge _____EDUARDO SANCHEZ_____. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office. Because This Magistrate Also has a Conflict of interest with this case Also Exhibit A and B

☐ The party or parties listed below to the above-captioned civil matter consent pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☑ The party or parties listed below to the above-captioned civil matter do not consent to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| ALFRED DAVIS | /s/ Alfred D. | DEFENDANT |

**NOTICE TO COUNSEL FROM CLERK:**
All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (05/14)   STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)